UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAAMI ABDOL MOTAKABBIR,<br><br>             Plaintiff,<br><br>     v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>             Defendant. | Case No. 12-cv-5710 NC<br><br>**ORDER STRIKING INCOMPLETE FILINGS**<br><br>Re: Dkt. Nos. 1, 3 |

Plaintiff Jaami Abdol Motakabbir filed a one-page complaint for civil rights violations under 28 U.S.C. §§ 1331 and 1343 on November 6, 2012. Dkt. No. 1. Plaintiff also filed a "stipulation for filing of amended complaint, " stating that the amended complaint was attached, which it was not. Dkt. No. 3. Because the filings are incomplete, the Court STRIKES Dkt. Nos. 1 and 3 with leave to amend.

Federal Rule of Civil Procedure 15(a)(1) allows a party to amend a pleading once as a matter of course within 21 days after service of a responsive pleading or motion under Rule 12(b), (e), or (f), whichever is earlier. Fed. R. Civ. P. 15(a)(1)(B). Accordingly, plaintiff may file an amended complaint once without first seeking court permission. In addition, plaintiff must consent or decline to the jurisdiction of a magistrate judge by November 29, 2012. *See* attached consent/declination forms.

Case No. 12-cv-05710 NC
ORDER STRIKING
INCOMPLETE FILINGS

1  In light of his pro se status, the Court advises plaintiff that he may wish to seek
2  assistance from the Legal Help Center, a free service of the Volunteer Legal Services
3  Program, by calling 415.782.9000 x8657 or signing up for an appointment on the 15th floor
4  of the Courthouse, Room 2796.  At the Legal Help Center, plaintiff may speak with an
5  attorney who may be able to provide basic legal help, but not legal representation.  The
6  Court also urges plaintiff to obtain a copy of the Pro Se Handbook, available free of charge
7  from the Court's website (www.cand.uscourts.gov) or in the Clerk's Office on the 16th
8  Floor, 450 Golden Gate Avenue, San Francisco, CA.
9  IT IS SO ORDERED.
10  Date: November 15, 2012                    _____
11                                              Nathanael M. Cousins
                                                United States Magistrate Judge