1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| JAAMI ABDOL MOTAKABBIR,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Defendant. | Case No. 12-cv-5710 NC<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 1, 3 |
|---|---|

Plaintiff Jaami Abdol Motakabbir filed a one-page complaint for civil rights violations under 28 U.S.C. §§ 1331 and 1343 on November 6, 2012. Dkt. No. 1. Plaintiff also filed a "stipulation for filing of amended complaint, " stating that the amended complaint was attached, which it was not. Dkt. No. 3. Because the filings were incomplete, this Court struck Dkt. Nos. 1 and 3, allowing plaintiff to file an amended complaint, without leave of Court. Dkt. No. 4. The Court further ordered plaintiff to consent or decline to the jurisdiction of a magistrate judge by November 29, 2012. *See id.*

A case management conference was scheduled in this action for February 6, 2012. As of the date of this order, plaintiff has not filed an amended complaint, has not consented or declined the jurisdiction of a magistrate judge, has not served the defendant, and has failed to file a case management conference statement.

Case No. 12-cv-05710 NC
ORDER TO SHOW CAUSE

    Accordingly, the Court ORDERS Motakabbir to personally appear at a hearing at 10:00 a.m. on February 20, 2013 in Courtroom A, 15th Floor, San Francisco to SHOW CAUSE why he has failed to file an amended complaint and failed to serve the defendant in this matter.  Plaintiff must also consent or decline to the jurisdiction of a magistrate judge by February 20.  The Court will dismiss the case for failure to prosecute, and may impose other sanctions, if Motakabbir does not comply with this order.  *See* Fed. R. Civ. P. 41(b).

    The Court VACATES the case management conference scheduled for February 6, 2013.

    For additional guidance, Motakabbir may refer to the Court's Pro Se Handbook, available on the Court's website at http://www.cand.uscourts.gov/prosehandbook, or contact the Legal Help Center, which provides information and limited-scope legal advice to pro se litigants in civil cases.  The Legal Help Center requires an appointment, which can be made by calling (415) 782-9000 x8657.

    IT IS SO ORDERED.

Date: February 4, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge