IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAAMI ABDOL MOTAKABBIR, | No. C 12-05710 WHA |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | |
| Defendant. | |

The Court is in receipt of the report and recommendation of Magistrate Judge Nathanael Cousins recommending dismissal of this action for failure to prosecute and failure to comply with court orders. No objection was received in response to this report and recommendation. This order therefore **ACCEPTS** and **ADOPTS** the findings therein. Accordingly, the action is **DISMISSED** pursuant to FRCP 41(b). Judgment will be entered accordingly.

**THE CLERK SHALL CLOSE THE FILE.**

**IT IS SO ORDERED.**

Dated: March 8, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE